UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE CO.,

                    Plaintiff,                    **ORDER**
                                                                                         CV 06-391 (NGG) (ARL)

       -against-

LAWRENCE BLESSINGER, SR., et al.,

                    Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By order dated April 1, 2008, the court adjourned the status conference scheduled for today to May 13, 2008. The court recognizes that the May 8th deadline for the completion of discovery is in advance of the status conference. Accordingly, the parties are to proceed with discovery exclusive of the issues raised in their correspondence to date and the deadline with regard to such discovery is not extended. The parties are directed to submit a joint status letter by May 9, 2008 apprising the court of what remains to be addressed at the conference.

Dated:  Central Islip, New York                  **SO ORDERED:**
         April 2, 2008

                                                       _____/s/_____
                                                       ARLENE R. LINDSAY
                                                       United States Magistrate Judge